IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 15-00056 (RDM) |
| | : | |
| v. | | |
| | : | |
| RIVES MILLER GROGAN | | |
| | : | |
| Defendant. | : | |

**FILED**

SEP 2 5 2015

Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF THE OFFENSE

The parties in this case, the United States of America and the defendant, Rives Miller Grogan, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offense. They are being submitted to demonstrate that there are sufficient facts to establish beyond a reasonable doubt that the defendant committed the offense to which he is pleading guilty.

On April 28, 2015, the United States Supreme Court ("USSC") was in session and all nine Supreme Court Justices were present and presided over the USSC's calendar.

In the courtroom, there are three sections of wooden benches where members of the public are allowed to sit, facing the court bench, to observe the proceedings. Each section is separated by a narrow aisle and has six wooden benches. Also, behind the wooden benches and separated by a narrow, horizontal aisle, there is additional seating, individual chairs, for the public.

At 9:55 a.m., the Justices, who were not inside the courtroom, were notified, by the sounding of a buzzer that court would begin in five minutes. Prior to this time, Supreme Court Police ("SCP") officers were inside the courtroom and standing at designated posts throughout the courtroom. Specifically, there were three SCP officers standing in front of the benches where the public was seated. After the buzzer rang, SCP Corporal Laye, in a loud voice, read the following statement:

> Welcome to the Supreme Court of the United States. During today's oral arguments it is important that you remain seated and silent. When the first case breaks, please remain silent. If you are remaining for the second case, remain seated. If you are leaving, silently exit the

Courtroom. If you are seated to my left, please exit through the gates to your right. (Officer motions to the section and the gates.) If you are seated in the Center Section please exit through the rear door directly behind you. (Officer motions to the section and the door.) If you are seated to my right, please exit through the gates to your left. (Officer motions to the section and the gates.) Please alert one of the police officers if you observe anything suspicious, and in the event of an emergency, please remain calm and follow the directions of a police officer. Thank you.[1]

At 10:00 a.m., the buzzer was sounded a second time. Then, the Marshal of the U.S. Supreme Court struck a gavel to indicate the start of the Court session. The SCP officers, who were posted directly in front of the benches where the public was seated, extended their arms and raised them in an upward motion repeatedly, indicating to the members of the public that they should stand. The Marshal opened Court, as the Justices were proceeding into the courtroom, by stating:

The Honorable, the Chief Justice, and the Associate Justices of the Supreme Court of the United States. Oyez! Oyez! Oyez! All persons having business before the Honorable, the Supreme Court of the United States, are admonished to draw near and give their attention, for the Court is now sitting. God save the United States and this Honorable Court.

At the end, the Marshal struck the gavel again, and the same SCP officers extended their arms and moved them in a downward motion repeatedly, indicating to the members of the public that they should sit. At approximately 10:02 a.m., all persons in the public member area were seated, and the Court proceeded with its business for the day. The first case on the calendar for oral arguments was *Obergefell, et. al. v. Hodges, et. al.,*. In this case, the Justices were considering whether a state's constitutional and statutory bans on recognition of marriages of same-sex couples validly entered in other jurisdictions violate the Due Process and Equal Protection clauses of the U.S. Constitution and whether a state's refusal to recognize a judgment of adoption of a child issued to a same-sex couple by the courts of a sister state violates the Full Faith and Credit Clause of the U.S. Constitution. Due to the historical significance of these issues, the courtroom was completely full with civilians, members of the Supreme Court bar and other professional attendees.

The petitioner, the government, was represented by two lawyers, Mary Bonauto, Esquire and

---

[1] Corporal Laye provided additional instructions to the public members because the order of the presentation of the arguments was different because each party had more than one lawyer presenting arguments.

Solicitor General Donald B. Verrilli. Attorney Bonauto began and concluded her arguments. Shortly before 10:30 a.m., Defendant Grogan entered the courtroom and was seated in a chair at the end of the second to last bench in the public member section on the right hand side of the courtroom. Approximately, at 10:30 a.m. and before General Verrilli began his arguments, Defendant Grogan stood up and began yelling statements in a very loud, forceful voice toward the front of the courtroom, where the Justices were seated at the court bench. Some attendees immediately turned their attention to Mr. Grogan and watched as he continuously yelled his opinions about homosexuality and same-sex marriage. He stated "the Bible teaches that if you support gay marriage, you could burn in hell for eternity." Then, he said "homosexuality is an abomination to God." SCP Officer Yegen was seated directly behind Defendant Grogan. The defendant moved toward his right side and over other public members who were seated in the same row. At some point, Officer Yegen grabbed the defendant's left arm and entered the bench to detain him. Officer Thiesen entered the bench to prevent the defendant from escaping Officer Yegen's grasp. ~~Defendant Grogan failed to comply with the officers' efforts to detain him by refusing to leave the bench.~~ Therefore, Officers Raudenbush and Hawkins grabbed Defendant Grogan to assist and remove him from the bench and the courtroom. As the officers were attempting to grab and take him out of the courtroom, Defendant Grogan continued to shout statements regarding his opinions related to same-sex marriage. Even after the oral arguments continued, he still yelled similar statements as the officers escorted him through the building and to the holding area in the basement of the building. Mr. Grogan could still be heard by attendees in the courtroom.

At a few points during his transfer from the courtroom to the holding area in the basement of the building, officers explained to Mr. Grogan that he could not be heard, and on at least one occasion, he stopped yelling.

Mr. Grogan was interviewed by the Supreme Court Police. After being read his *Miranda* rights, he agreed to answer questions. The defendant answered several questions. But, specifically, in response to two questions, he confirmed that he stated upon standing in the courtroom, "the Bible teaches if you support gay marriage, you could burn in hell for eternity," and he assumed that disrupting court would lead

to his arrest. After he was interviewed, the defendant was processed and transferred to the U.S. District Court for the District of Columbia for presentment on April 29, 2015.

Based on the above information, there are sufficient facts to believe and establish beyond a reasonable doubt that on or about April 28, 2015, Rives Miller Grogan engaged, willingly and knowingly without coercion, threats or duress, in a demonstration with the intent of interfering with, obstructing or impeding the administration of justice or influencing any judge or court officer in the discharge of their duties in a building housing a court of the United States, i.e., the U.S. Supreme Court Courtroom.

Respectfully submitted,

VINCENT H. COHEN, JR.
ACTING UNITED STATES ATTORNEY

By: _____
Angela S. George, Assistant United States Attorney
D.C. Bar No. 470567
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4444
Washington, D.C. 20530
(202) 252-7758
Angela.George@usdoj.gov

_____
RIVES MILLER GROGAN

_____
HOWARD KATZOFF

_____9/25/15_____
DATE